In the Matter of Proving the Last Will and Testament of MARGARET F. McCOR-MICK, Deceased, as a Will of Real and Personal Property.— Decree so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Glennon. Untermyer, Dore and Callahan, JJ.

MAX COHEN, Appellant, v. THE CITY COMPANY OF NEW YORK, Formerly Known as THE NATIONAL CITY COMPANY, and THE NATIONAL CITY BANK OF NEW YORK, Respondents.— Order and judgment affirmed, with costs. No opinion. Martin, P. J., Glennon, Untermyer and Dore, JJ., concur. Untermyer, J.: I concur in the affirmance. (See Restatement, Restitution, chap. 1, § 5, subd. b; Id. chap. 7, Introductory Note, p. 523.) Callahan, J., dissents and votes to reverse and deny the motion on the ground that the substance of the action and the nature of the right should determine the question whether the Statute of Limitations is a bar.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TED PECKHAM, Appellant.— Judgment and order affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and dismiss the information.

CITY BANK FARMERS TRUST COMPANY, as Executor, etc., of EDITH M. SCHWECK-ENDIECK, Deceased, Appellant, v. BESSIE J. FITZPATRICK ROOSEN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant a new trial on the ground that the court in the exercise of its discretion should have permitted the plaintiff to call the defendant, after having reversed its determination on the motion to dismiss the complaint.

ANNE RITHOLTZ, Appellant, v. ISIDORE SCHILDER and Others, Defendants, and JOSEPH G. COHEN and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

KATHERINE M. FRIEDRICH, as Executrix, etc., of CHARLES H. FRIEDRICH, Deceased, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Surviving Trustee, etc., of ISAAC DYCKMAN, Deceased, for the Benefit of MARY ALICE DEAN, as Trustee, etc., Appellant.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse.

ADELINE GERACE, as Administratrix, etc., of SALVATORE GERACE, Deceased, Appellant, v. LONG ISLAND LIGHTING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PACIFIC FINANCE CORPORATION and Others, Appellants, v. WILLIAM H. WHITE, Superintendent of Banks of the State of New York, and Others, Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.